# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER LORENZ, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. CIV-17-0431-BMJ |
| NANCY A. BERRYHILL, Acting Secretary of the Social Security Administration, | ) |
| Defendant. | ) |

## ORDER

On April 14, 2017, Magistrate Judge Bernard M. Jones entered a Report and Recommendation (the Report) in this social security case, recommending denial of plaintiff's application to proceed in the district court without prepaying fees and costs. Doc. no. 4 (order), application (doc. no. 2). The Report further recommended that if plaintiff did not pay the $400.00 filing fee in full to the Clerk of the Court within twenty-one days of any order adopting the Report, that this action then be dismissed without prejudice to refiling, pursuant to LCvR3.3(e). The order provided that any objection to the Report must be filed by April 28, 2017. No objection was filed.

Upon review, and with no objection having been filed, the Report is **ACCEPTED**, **ADOPTED and AFFIRMED**. Plaintiff's application to proceed without prepayment of fees and costs is **DENIED**. Doc. no. 2. Plaintiff is **DIRECTED** to pay the $400.00 filing fee within twenty-one days of the date of this

order. Failure to timely pay the filing fee will result in dismissal of this action without prejudice.

IT IS SO ORDERED this 1st day of May, 2017.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

17-0431p001.docx