# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| CHRISTOPHER LORENZ, | ) |
|---|---|
| Plaintiff, | ) ) ) |
| -vs- | ) Case No. CIV-17-0431-F ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

Plaintiff Christopher Lorenz seeks judicial review of the Social Security Administration's denial of his applications for disability insurance benefits (DIB) and supplemental security income (SSI). On January 16, 2018, Magistrate Judge Bernard M. Jones issued a detailed Report and Recommendation (doc. no. 21, the Report), recommending that the Commissioner's decision be affirmed.

The Report advised the parties of their right to file objections by January 30, 2018, and advised that failure to make timely objection to the Report waives the right to appeal the factual and legal issues contained in the Report. Neither party has filed an objection to the Report and neither party has requested an extension of time within which to file any objection to the Report.

With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here and that the Report should be adopted in its entirety.

The court **ACCEPTS**, **AFFIRMS** and **ADOPTS** the findings and recommendations of the Magistrate Judge as stated in the Report. As recommended in the Report, the commissioner's decision denying plaintiff's applications for disability insurance benefits and supplemental security income is **AFFIRMED**.

IT IS SO ORDERED this 7th day of February, 2018.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

17-0431p002.docx